1040

[No. 2997-1.    Division One.    March 15, 1976.]

J. W. MISICH, *Appellant*, v. THE PORT OF EVERETT, *Respondent.*

JAMES MISICH, *Appellant*, v. REDMOND SAND & GRAVEL COMPANY, INC., *Respondent.*

Appeal from judgments of the Superior Court for Snohomish County, Nos. 113191, 118603, Howard A. Patrick, J., entered April 12, 1974. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson and Callow, JJ.

[No. 3458-1.    Division One.    March 15, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH DUANE HARRENSTEIN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 6878, Phillip G. Sheridan, J., entered November 20, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and James, JJ.

[No. 3302-1.    Division One.    March 15, 1976.]

VALLEY CEMENT CONSTRUCTION, INC., *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 766095, Solie M. Ringold, J., entered September 9, 1974. *Affirmed* by unpublished per curiam opinion.